FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 15, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDON JAY EDGMAND,<br><br>Plaintiff,<br><br>v.<br><br>BILL JAMES COLEMAN, PATRICA ZEISLER and SCOTT RUSSELL,<br><br>Defendants. | No. 2:20-cv-00165-SMJ<br><br>**ORDER DISMISSING CASE** |

Before the Court, without oral argument, is Plaintiff Brandon Jay Edgmand's construed Motion to Voluntarily Dismiss Complaint, ECF No. 6. Plaintiff, a prisoner at the Airway Heights Corrections Center, is proceeding *pro se*. Defendants have not been served in this action.

On April 29, 2020, the Clerk's Office advised Plaintiff that his application to proceed *in forma pauperis* was incomplete and supplied him with the documents needed to cure the deficiency. ECF No. 4. On May 13, 2020, Plaintiff filed a Motion to Withdraw Claim, which the Court construes as a Motion to Voluntarily Dismiss the Complaint, representing that he does not wish to incur the costs associated with filing a civil action while a prisoner.

ORDER DISMISSING CASE – 1

Consistent with Federal Rule of Civil Procedure 41(a), and for good cause shown, **IT IS HEREBY ORDERED**:

1. Plaintiff's construed Motion to Voluntarily Dismiss Complaint, **ECF No. 6**, is **GRANTED**.

2. All claims are **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide a copy to *pro se* Plaintiff.

**DATED** this 15th day of May 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2